|  | Judge: MARC BARRECA |
|---|---|
|  | Chapter: 7 |
|  | Hearing: October 29, 2010 at 9:30 a.m. |
|  | Responses Due: October 22, 2010 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | No. 10-18151-MLB |
|---|---|
| ELECTRIC VEHICLE COMPONENTS INC. | NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CHAPTER 7s |
| Debtor(s). | |

TO: THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that a hearing has been set for October 29, 2010 in Court room 7106 United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 on the matter set forth below. Objections or responses are due by the close of business October 22, 2010. If no timely responses are filed the hearing will be stricken and an Order granting the relief sought will be presented ex parte.

DESCRIPTION OF MOTION

A Motion to Dismiss Proceedings is on file with the Clerk of the Bankruptcy Court where it may be reviewed. The Trustee has had the inventory evaluated by an auctioneer who estimates the total auction value to be approximately $30,000. The costs of auction would include at least $2,500 in costs and a 10% commission. Michael Morrison, the principal of the debtor has asserted a security interest in the equipment and claims at least $205,000. Mr. Morrison has possession of the inventory and will not turn it over to the trustee. The Trustee commenced a lawsuit against Mr. Morrison for turnover and to set aside his security interest as a preference. However, in light of the liquidation value of the equipment and the costs of litigation and the delay that the litigation necessarily involves and the fact that there are proceedings in Superior Court in Thurston county concerning these assets and the creditors and the fact that numerous creditors have contacted the trustee and requested the case be dismissed the Trustee has moved to dismiss the proceedings for cause including that the case was filed in bad faith. The Trustee does not believe that there it is likely that creditors would be paid anything if these proceedings continue. The Trustee is also requesting the Court find that the Trustee carried out his duties in this case in a reasonable and professional manner. The Trustee has filed this Motion in both Electric Vehicle Components, Inc. and Electric Vehicle Components LLC.

DATED this 6th day of October, 2010.

*/s/ Michael B. McCarty*
Michael B. McCarty, WSBA # 13162
Chapter 7 Trustee

**Michael B. McCarty, Trustee**
400 Warren Avenue, Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 1